IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARYAM MUHAMMAD,**<br>　　　　　　**Plaintiff,**<br><br>　　　v.<br><br>**CHI-ST. JOSEPH CHILDREN'S HEALTH** and<br>**PHILIP GOROPOLOUS,**<br>　　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>NO.  22-4363 |

## O R D E R

**AND NOW**, this 8th day of August, 2025, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 26), Plaintiff's Response (ECF No. 29), and the reply thereto (ECF No. 31), **IT IS ORDERED** that Defendants' Motion is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. Defendants' Motion is **GRANTED** as to Plaintiff's claims regarding discrimination based on religion and national origin.

2. Summary judgment is **GRANTED** as to Plaintiff's PHRA § 955(d) claims against Defendant Goropolous.

3. Summary judgment is **DENIED** as to all other claims.

4. The Clerk of Court shall modify the case caption to correct Defendant Goropolous' name to "Philip Goropolous"

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　**/s/ Hon. Kelley B. Hodge**
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**HODGE, KELLEY B., J.**